Dani Lee Mohan, Plaintiff-Appellee, v. James Thayer Mohan, Defendant-Appellant.

Gen. No. 10,572.

Fourth District.
April 19, 1965.
Rehearing denied June 21, 1965.

James Thayer Mohan, of Springfield, pro se; John W. Russell, of Carlinville, and Jasper S. Gullo, of Springfield, for appellee. Opinion PER CURIAM. Not to be published in full.